UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: MICHAEL CALABRESE,  :
                                 : Appeal from Bankruptcy
      Appellant.            : Case No. 10-6583
                                 :
                                 : **ORDER**

**APPEARANCES:**

NICHOLAS S. HERRON
LAW OFFICES OF SEYMOUR WASSERSTRUM
205 W. LANDIS AVE.
VINELAND, NJ 08360
*Attorney for Appellant*

MARIKAE G. TOYE
DIVISION OF LAW
R.J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 106
TRENTON, NJ 08625
*Attorney for State of NJ, Division of Taxation*

DONNA L. WENZEL
ISABEL C. BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002
*CHAPTER 13 Standing Trustee*

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion entered today,

    **IT IS HEREBY ORDERED** this 13th day of September, 2011, that the Order Denying Debtor's Motion to Expunge or in the Alternative to Reclassify, entered on November 17, 2010, by the

United States Bankruptcy Court for the District of New Jersey is **AFFIRMED.**

                                                  S/Noel L. Hillman

                                                NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey